UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14038-CR-MOORE

UNITED STATES OF AMERICA,

       Plaintiff(s),

vs.

**AARON C. STULTS**,

       Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Change of Plea, issued December 8, 2008 [34]. After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**. The defendant Aaron C. Stults is hereby adjudicated guilty of the offense charged.

DONE AND ORDERED in Chambers at Miami, Florida this  30th  day of December, 2008.

*[signature]*

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record